IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13-CR-090 |
| | ) | |
| RAY DWIGHT SLUSS | ) | |

**MEMORANDUM AND ORDER**

This criminal case is before the court on the January 15, 2014 report and recommendation ("R&R") [doc. 24] of Chief United States Magistrate Judge Dennis H. Inman. Magistrate Judge Inman recommends that the defendant's partial motion to dismiss [doc. 17] be denied. The January 22, 2014 deadline for filing objections to the R&R [doc. 26] has passed without response.

*De novo* review by the district court of a magistrate judge's report and recommendation is both statutorily and constitutionally required. *See United States v. Shami*, 754 F.2d 670, 672 (6th Cir. 1985). However, it is necessary only to review "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

Even though no objections have been filed, the undersigned has nonetheless thoroughly reviewed the R&R, the defendant's motion, the parties' briefing, and the pertinent case law. The court has also read the transcript of the January 14 motion hearing in addition to listening to the entire hearing as it took place.

Finding itself in complete agreement with the magistrate judge, the court **ADOPTS** the findings of fact and conclusions of law set out in the report and recommendation [doc. 24]. It is **ORDERED** that the defendant's partial motion to dismiss [doc. 17] is **DENIED.**

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge