| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Docket No**.   2:13-CR-00090 |
| | ) | |
| **RAY DWIGHT SLUSS**, | ) | Judge JORDAN |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW THE DEFENDANT, Ray Dwight Sluss, by and through counsel, and submits the following sentencing memorandum in this case.

### OFFENSE AND APPROPRIATE GUIDELINE RANGE

Mr. Sluss has entered a plea of guilty to the offense of receipt of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1). Probation has calculated Mr. Sluss's offense level as 42, but as discussed in previously filed objections, Mr. Sluss argues that his appropriate offense level is 32.[1] His criminal history category is III. Mr. Sluss faces a minimum mandatory sentence of 15 years for this offense, making his guideline range 180 months. Were it not for the minimum mandatory sentence, his guideline range would be 151-188 months.

### 18 U.S.C. 3553(a) FACTORS FOR THE COURT TO CONSIDER

Though Mr. Sluss faces a minimum mandatory sentence, this memorandum will review the sentencing factors in an effort to provide this Honorable Court with some context for its sentencing determination.

---

[1] In the interest of efficiency, the arguments related in Mr. Sluss's previously filed objections to the pre-sentence report will not be rehashed in this memorandum, but are instead incorporated by reference. (See Doc. 40).

Mr. Sluss is 49 years old. He lives with his mother, and has helped to care for her and the household since his father's passing. Mr. Sluss has no children, and has never been married. His life has, outwardly, been more or less normal. He has a supportive family, and he grew up apparently a normal child. He graduated high school and enlisted in the United States Navy, where he took some college classes. He has held several jobs for long periods of time. He appears to have been a good employee, as the pre-sentence report notes that his last employer would consider re-hiring him.

However, inside Mr. Sluss there was always turmoil. When he was a young child, less than six years old, he was sexually abused by a cousin. This incident scarred Mr. Sluss and has deeply affected him throughout his life. He has struggled with depression and has previously attempted suicide. Mr. Sluss, likely as a result of the abuse he suffered, has always struggled with pornography, and has had previous problems with child pornography. At the time of the offense, he was on state probation for possession of child pornography. Mr. Sluss recognizes the wrongfulness of his actions in collecting these images, but it seems to be an obsession for him. Mr. Sluss is hopeful that while in the custody of the Bureau of Prisons he can receive some counseling or treatment to address the underlying issues relating to his childhood abuse in the hopes that it will prevent him from seeking out child pornography in the future.

With respect to the seriousness of the offense, the need to promote respect for the law, the need for just punishment, and the need to provide adequate deterrence and protection for the community, Mr. Sluss suggests to this Honorable Court that these factors are all dealt with by Congress enacting a minimum mandatory sentence for this

Case 2:13-cr-00090-RLJ-DHI    Document 58    Filed 08/14/14    Page 2 of 4    PageID #: 711

offense, and that therefore the minimum mandatory sentence is sufficient, but not greater than necessary, to accomplish these sentencing goals.

## CONCLUSION

For the foregoing reasons, and for the reasons as set forth in the previously filed objections to the pre-sentence report, Mr. Sluss respectfully requests that this Honorable Court find that his base offense level is a 32, that his criminal history category is III, and therefore sentence him to the minimum mandatory term of 180 months, on the basis that the minimum mandatory sentence is greater than Mr. Sluss's guideline range in this matter..  Mr. Sluss further requests that this Honorable Court recommend that he receive mental health counseling and treatment, as well as vocational training while in the custody of the Bureau of Prisons.

Respectfully submitted this the 14th day of August, 2014,

/s/ Joshua D. Hedrick
Joshua D. Hedrick
*BPR #  025444*
408 Ebenezer Rd.
Knoxville, TN  37923
(865) 692-0350

Attorney for Mr. Sluss

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2014, a copy of the foregoing response was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular US Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Joshua D. Hedrick
Joshua D. Hedrick,
Attorney for Mr. Sluss